# PD-0150-15

NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

DANNY RAY RANCHER, Appellant Pro Se

v.

THE STATE OF TEXAS, Appellees

From Appeals Nos: 09-13-00355-CR & 356-CR
In The Court of Appeals Ninth District
Of Texas, At Beaumont, Texas

Trial Cause Nos: 12-01-00820 CR (COunts I and II)
221st District Court, Montgomery County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

## FIRST PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Danny Ray Rancher, Petitioner/Appellant Pro se, and oursuant to TRAP. Rule 68.2(c) and files this First Motion for an extension of Sixty (60) days in which to timely file a Petition for Discretionary Review ("PDR"). And in support of this Motion, Appellant shows the Court the following:

I.

The Petitioner was convicted in the 221st District Court of Montgomery County, Texas of the Offenses of Aggravated Sexual Assault of a Child and For Sexual Assault and Sexual Assault in Counts I and II, in Cause Nos.12-01-00820-CR,styled The State of Texas vs. Danny Ray Rancher. The Petitioner Appealed to the Court of Appeals for the Ninth District of Texas at Beaumont. The cases were Affirmed on January 28, 2015.

II.

The present deadline for filing the Pro se Petition for Discretionary Review is February 27,2015. And Petitioner has not requested any extension prior to this request.

1.

## III.

Petitioner's request for a First Extension of Time is based upon the following facts: Petitioner was not informed of the decision of the Ninth Court of Appeals in affirming his case until February 3, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His Court appointed appellate attorney, Mr. Pattillo has informed Petitioner that he will not represent him on the Petition for Discretionary Review. "A defendant has no Constitutional Right to counsel for pursuing Discretionary review." USCA. CONST. AMEND. 6. See EX PARTE WILSON, 956 SW2d. 25 (1997).

WHEREFORE, Petitioner prays this Court grants this Motion forthwith and extend the deadline for filing the Petition for Discretionary Review in said cause for an additional Sixty (60) Days, thus until April 27, 2015, premised upon the foregoing reasons and authorities.

Dated: February 6, 2015.

Respectfully submitted,

Rt. 2 Box 4400
Hughes Unit
Gatesville, Texas 76597
-Petitioner Pro se-

## CERTIFICATE OF SERVICE

I hereby the undersigned Petitioner pro se certify that a true and correct copy of the foregoing First Motion for Extension of Time an additional (60) days to File Pro se Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class to the State's Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 6th day of February, 2015.

Petitioner Pro Se

## UNSWORN DECLARATION

I, Danny Ray Rancher #184198, being presently incarcerated in the Hughes Unit of the Texas Department of Criminal Justice-Institutional Division in Coryell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct."

Executed On: 2/6/15 .

Signature & TDCJ-ID# Of Declarant

2.